UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-9509 VAP (PVC)                    Date:  November 29, 2022

Title        Leonard Fuentes Cruz v. Commissioner of Social Security

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 15, 2020, Leonard Fuentes Cruz (Plaintiff) filed a *pro se* complaint seeking review of defendant's decision denying disability benefits.  On September 7, 2022, defendant filed an answer to the complaint and a Certified Administrative Record. (Dkt. Nos. 12, 13).  Pursuant to the Court's October 20, 2020, Order Re: Procedures in Social Security Appeal, Plaintiff was required to file a memorandum in support of his complaint by October 12, 2022.  (Dkt. No. 5 at ¶ 5.a).  As of today, Plaintiff has not filed the required memorandum.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, within **14 days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff may discharge this Order by either filing a "Memorandum in Support of Plaintiff's Complaint" or a timely request for additional time.

Plaintiff is encouraged to take advantage of the free legal assistance that is offered by the Court to individuals who are representing themselves.  The Court's resources

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 20-9509 VAP (PVC)                                    Date:  November 29, 2022

Title        Leonard Fuentes Cruz v. Commissioner of Social Security


include a Pro Se Clinic located at the Federal Courthouse in Los Angeles, which is administered by Public Counsel.  For more information, contact Public Counsel at 213-385-2977, Ext. 270.  *See* http://prose.cacd.uscourts.gov/los-angeles.

Plaintiff is expressly advised that failure to timely file the required memorandum or request for additional time will result in a recommendation that this action be dismissed with prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

                                                                                                00:00
                                                               **Initials of Preparer**         mr